IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01940-ZLW-KMT

ACTION PURSUIT PAINTBALL, a Colorado Limited Liability Company,

    Plaintiff,

v.

NELSON TECHNOLOGIES, INC., a Michigan corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the parties' Stipulation For Dismissal With Prejudice (Doc. No. 6; Sep. 29, 2008), it is

ORDERED that this matter is dismissed with prejudice, each party to pay its own costs, expenses and attorney's fees associated with this matter.

DATED at Denver, Colorado, this __1st__ day of October, 2008.

                                            BY THE COURT:

                                            _____
                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court